IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD SATISH EMRIT, PRO SE, | ) ) ) | CV 24-00012 DKW-RT |
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO |
| THE GRAMMY AWARDS ON CBS, | ) ) ) | PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO
PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT

Findings and Recommendation having been filed and served on all parties on February 14, 2024, and no objections having been filed by any party,[1]

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

Finally, in light of Plaintiff's premature notice of appeal, Dkt. No. 9, to the extent Plaintiff intends to appeal the dismissal of this case, his *in forma pauperis*

---

[1] To the extent Plaintiff's premature notice of appeal, Dkt. No. 9, can be construed as an objection, it sets forth no error in the Magistrate Judge's Findings and Recommendation.

status is REVOKED for purposes of any appeal because the same would be

frivolous.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (explaining that a

matter is frivolous when it "lacks an arguable basis either in law or fact.").

IT IS SO ORDERED.

Dated: March 7, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Ronald Satish Emrit vs. The Grammy Awards on CBS*; Civil No. 24-00012 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT  PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT**